UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AJA-RAE ROBINSON and ANTIONETTE
BROWN

Plaintiffs,

-against-

BIG MINDS, TINY HANDS LLC, et al.,

Defendants.

**ORDER**

23-CV-05908 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 10, 2023, Aga-Rae Robinson and Antionette Brown ("Plaintiffs") commenced the instant action against Big Minds, Tiny Hands LLC, David Redlener, and Melina Maldonado ("Defendants"). (Doc. 1, "Complaint"). The parties engaged in discovery pursuant to a Civil Case Management Plan and Scheduling Order and, after multiple extensions of the discovery schedule, discovery closed on July 12, 2024. (Docs. 16, 18, 20, 22). On August 26, 2024, the Court granted Defendants' request to adjourn the case management conference from August 28, 2024 to October 3, 2024 at 10:00 a.m in Courtroom 520 of the White Plains courthouse. (Doc. 22). The Court also directed the parties to meet and confer and file, by September 25, 2024, those materials required by Rules 6(A) and 6(B) of this Court's Individual Practices. (*Id.*). There has been no activity on the docket since then. Accordingly, the parties are directed to, by **October 1, 2024 at 5:00 p.m.**, meet and confer and file the Rule 6(A) and (B) materials.

**SO ORDERED.**

Dated:    White Plains, New York
          September 27, 2024

_____
PHILIP M. HALPERN
United States District Judge