UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AJA-RAE ROBINSON and ANTIONETTE BROWN

                      Plaintiffs,

-against-

BIG MINDS, TINY HANDS LLC, et al.,

                      Defendants.

**ORDER**

23-CV-05908 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on October 21, 2024.

As discussed on the record, the parties are on five days' notice of trial as of today.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **November 13, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall meet and confer and file, by **November 13, 2024**, a single, separate document representing the parties' joint summary of the case.

3. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed *Voir Dire* forms and file, by **November 13, 2024**, a single document representing the parties' joint proposed *Voir Dire* form.

4. The parties shall meet and confer regarding objections in the proposed Jury Instructions and file, by **November 13, 2024**, revised proposed Jury Instructions.

5. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **November 13, 2024**, a revised proposed Verdict Sheet.

6. The parties shall meet and confer concerning establishing authenticity of the documents discussed at the conference and, by **November 13, 2024**, advise the Court via joint letter of the outcome of that conference.

7. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

See Transcript.

2

An Order referring the parties to the Magistrate Judge for a settlement conference will be docketed separately.

**SO ORDERED.**

Dated: White Plains, New York
October 21, 2024

_____
PHILIP M. HALPERN
United States District Judge