UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJA-RAE ROBINSON and ANTIONETTE BROWN individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>- against -<br><br>BIG MINDS, TINY HANDS LLC, DAVID REDLENER and MELINA MALDONADO<br>Defendants. | Civ Case No.: 23-cv-05908<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and in order to effectuate a settlement reached by the parties, Defendants Big Minds, Tiny Hands LLC, David Redlener, and Melina Maldonado (collectively "Defendants"); having offered to allow Plaintiffs Aja-Rae Robinson and Antionette Brown ("Plaintiffs") to take judgment against Defendants, in the sum of Sixty Thousand Dollars and Zero Cents ($60,000.00), to resolve all of Plaintiffs' individual claims against Defendants in their Complaint in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 9, 2025, and filed as Exhibit 1 to Plaintiffs' Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 58).

**WHEREAS**, on July 11, 2025, Plaintiff accepted Defendants' Offer of Judgment, as confirmed in Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 58);

**IT IS HEREBY ORDERED**, that judgment is entered in favor of Plaintiff in the sum of Sixty Thousand Dollars and Zero Cents ($60,000.00), in accordance with the terms and conditions of Defendants Rule 68 Offer of Judgment dated July 9, 2025, and filed as Exhibit 1 to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 58).

Within five (5) days after the Judgment Amount being paid, Plaintiff shall file the Satisfaction of Judgment. The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

_____   07/15/2025
**Hon. Andrew E. Krause**                                    **Date**
**United States Magistrate Judge**